# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

SCOTT HENRETTY,

    Plaintiff,

vs.                        Case No.: 3:09cv159/MCR/MD

AAA COOPER TRANSPORTATION,

    Defendant.

_____/

## O R D E R

The court notes that plaintiff is proceeding pro se this case. Therefore, pursuant to district policy and administrative order, the clerk shall refer this case to the magistrate judge for all pretrial proceedings, including preliminary orders, conduct of necessary hearings, and, with respect to any dispositive motions, filing of a report and recommendation containing proposed findings of fact and conclusions of law and recommended disposition of the case.

**DONE and ORDERED** on this 9th day of October, 2009.


                                              s/ *M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**